No. 28.—WILLIAM WELLS, plaintiff in error, *vs.* WILLIS HASTY, defendant.

In error, from Marion County.

On motion, *Ordered*, That the writ of error in this case be dismissed, upon the ground that there was no notice filed, as required by law, in the Clerk's office of the Court below, of the signing and certifying of the bill of exceptions by the Judge of the Circuit Court.